UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-61745-CIV-WILLIAMS

THE ESTATE OF
VANNESS-NORVELL WHITE,

    Plaintiff,

vs.

ANDREW SAUL,
Acting Commissioner of Social Security Administration,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation ("Report") on Plaintiff's motion for summary judgment and Defendant's motion for summary judgment. (DE 19).  In the Report, Judge Valle recommends that Plaintiff's motion for summary judgment be denied, Defendants' motion for summary judgment be granted, and the Administrative Law Judge's decision be affirmed.  No objections to the Report were filed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Valle's Report (DE 19) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's motion for summary judgment (DE 15) is **DENIED.**
3. Defendant's motion for summary judgment (DE 16) is **GRANTED.**
4. The Administrative Law Judge's decision is **AFFIRMED**.
5. This action is **DISMISSED**.
6. All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida this <u>4th</u> day of September, 2020.

                                                        KATHLEEN M. WILLIAMS  
                                                        UNITED STATES DISTRICT JUDGE